Marshall M. Searcy, Jr., Brandon Troy Hurley, Jason C. Nash, Kelly, Hart & Hallman, Fort Worth, TX, Ann Lusas Diamond, Assistant District Attorney, District Attorney's Office for the County of Tarrant, Fort Worth, TX, for Defendants–Appellees.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appellee Tarrant County Texas, joined by Appellee Tarrant County Housing Finance Corporation, moves to dismiss this appeal as moot. Appellant Arbor Bend Villas Housing LP concedes its injunctive-relief claim is moot. As a result, claims and issues have arisen that are best first resolved by the district court.

Therefore, the motion to dismiss is **DENIED,** and this matter is **REMANDED** to the district court for such other proceedings as may be appropriate. This court, of course, expresses no opinion on any claim that may be presented or considered on remand. Upon the district court's deciding any issues on remand, any party desiring to appeal may do so by properly filing a notice of appeal.

*MOTION TO DISMISS DENIED; INJUNCTIVE RELIEF DENIED AS MOOT; REMANDED*

Christopher WILSON, Individually, and in his capacity as representative of a class of persons illegally convicted in the Mayor's Court of Pontchatoula, Louisiana, Plaintiff–Appellant,

v.

PONCHATOULA CITY, LOUISIANA; Julian Dufreche, Individually and in his official capacity as Mayor of Ponchatouola, Louisiana; C.W. Kinchen; Wayne F. Foster; Margaret G. Hawkins; Elouise Conley–Dotey; Gary T. Stanga, Individually and in their capacity as members of the City Council of the City of Ponchatoula; Patrick Dunn, Individually and in his capacity as Judge of the Mayor's Court of the City of Ponchatoula; Sue Davis, Individually and in her capacity as Clerk of the Mayor's Court of the City of Ponchatoula; Tim Gideon, Individually and in his capacity as the Chief of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.